O

# United States District Court
# Central District of California

| | |
|---|---|
| FULWIDER PATTON LLP,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ACCENTRA, INC.,<br><br>　　　　　Defendant. | Case № 2:14-cv-08687-ODW (MRWx)<br><br>**ORDER COMPELLING PLAINTIFF TO SUBMIT FURTHER EVIDENCE IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT [16]** |

On November 10, 2014, Fulwider Patton LLP ("Fulwider") filed suit against Accentra Inc. ("Accentra") alleging that Accentra failed to compensate Fulwider for legal services provided pursuant to a written agreement. (ECF No. 1.) Fulwider served Accentra with a copy of the Summons and Complaint and Accentra's Answer was due on December 12, 2014. (ECF No. 7.) On December 2, 2014, Fulwider filed a stipulation extending Accentra's time to file its Answer to January 14, 2015. The stipulation was stricken on January 21, 2015 for failure to provide the case number. (ECF No. 10.) Fulwider refiled the stipulation. (ECF No. 11.) However, Fulwider's second stipulation was also deficient because it failed to include the signature of both parties. (ECF No. 12.)

On January 29, 2015, default was entered against Accentra. (ECF No. 14.) Subsequently, on February 4, 2015, Fulwider filed the instant Application for Default

Judgment. (ECF No. 16.)

The evidence provided by Fulwider in support of its Application for Default Judgment is insufficient because it fails to provide adequate documentation of the parties' alleged legal relationship and Accentra's alleged debt to Fulwider. Therefore, the Court **ORDERS** Fulwider to submit the following evidence: (1) a copy of the written agreement between Fulwider and Accentra containing Fulwider's terms of employment and compensation; (2) evidence showing that Fulwider represented Accentra from the alleged time period September 2007 through December 2010; and (3) a more detailed accounting of Accentra's alleged unpaid legal fees totaling $282,247.80.

**If Fulwider fails to provide the requested evidence by Monday, March 2, 2015, the Court will deny its Application for Default Judgment.**

**IT IS SO ORDERED.**

February 19, 2015

                        **OTIS D. WRIGHT, II**
                        **UNITED STATES DISTRICT JUDGE**