JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| FULWIDER PATTON LLP, | Case No. 2:14-cv-08687-ODW (MRWx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ACCENTRA, INC., | |
| Defendant. | |

The Court **AWARDS damages** against Defendant Accentra, Inc. in the amount of **$282,247** with prejudgment interest at the rate of 10 percent per annum from March 7, 2011 to the date of payment for unpaid services.  The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

September 11, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**